IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHARLES P. GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  04-160-S-EJL |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Currently pending before the Court is Defendant's Motion Regarding Standard of Review (Docket No. 10).  Initially, Plaintiff requested that the Court defer any ruling regarding the appropriate standard of review until the Court had ruled on Plaintiff's Motion to Compel (Docket No. 13) which requested the Court to order production of documents believed by Plaintiff to be probative of the conflict of interest issue, an issue which ultimately has bearing on the appropriate standard of review to be employed in the instant action.  *Response in Opposition*, p. 2 (Docket No. 12).

On February 18, 2005 the undersigned granted Plaintiff's Motion to Compel (Docket No. 13) stating:

> Defendant shall produce the compelled discovery by Monday, February 28, 2005.  Plaintiff and Defendant shall have until Friday, March 11, 2005 to supplement their pleadings to Defendant's

Order-1-

>Motion Regarding Standard of Review (Docket No. 10).  At that time, the Court will take under advisement Defendant's Motion Regarding Standard of Review (Docket No. 10).

*Order*, p. 6 (Docket No. 19).

On February 28, 2005, Defendant objected to the undersigned's February 18, 2005 Order (Docket No. 19).  *Objection* (Docket No. 20).  Pending the presiding judge's resolution of Defendant's objection to the undersigned's February 18, 2005 Order (Docket No. 19), the undersigned entered an Order vacating the previous timeline for discovery compliance and submission of supplemental pleadings.  *Order* (Docket No. 24).

On March 17, 2005, the presiding judge denied Defendant's objection to the February 18, 2005 Order (Docket No. 19), essentially affirming the undersigned's compelling of discovery.  *Order* (Docket No. 26).  Accordingly, the Court hereby orders that Defendant shall produce the discovery compelled in the February 18, 2005 Order (Docket No. 19) by Friday, June 17, 2005, if it has not already done so.  Further, Plaintiff and Defendant shall have until Friday, July 8, 2005 to supplement their filings to Defendant's Motion Regarding Standard of Review (Docket No. 10).  At that time, the Court will take under advisement Defendant's Motion Regarding Standard of Review (Docket No. 10).

DATED: **June 2, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

Order-2-